UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRUCE W. GLOVER,

    Petitioner,

v.                        CASE NO. 6:07-cv-660-Orl-35KRS

JAMES R. MCDONOUGH, et al.,

    Respondents.

## **ORDER**

This case is before the Court on the following motion:

Petitioner's Request for a Certificate of Appealability (Doc. No. 22, filed May 7, 2009) is **DENIED**. This Court should grant an application for certificate of appealability only if the Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has failed to make a substantial showing of the denial of a constitutional right.

**DONE AND ORDERED** in Orlando, Florida, this 12th day of May 2009.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:
sa 5/12
Counsel of Record
Bruce W. Glover